# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

      VS                                            CASE NO.  3:99cr18/RV

MICHAEL CRAIG PUGH

## REFERRAL AND ORDER

Referred to Judge Vinson on  12/15/2005

Type of Motion/Pleading MOTION UNDER 28 U.S.C. 2241 TO MODIFY OR CORRECT ILLEGAL SENTENCE

Filed by: Defendant Pugh         on 9/19/05       Doc. No. 150

( )  Stipulated/Consented/Joint Pleading

RESPONSES:

_____ on _____ Doc. No. _____

_____ on _____ Doc. No. _____

                                    WILLIAM M. McCOOL, CLERK OF COURT

                                    Deputy Clerk

## ORDER

Upon consideration of the foregoing, it is ORDERED this   15th  day of  December         , 2005, that:

(a)   The requested relief is DENIED.

(b)   The *Booker/Blakely* decisions are not retroactive.

_____

                        /s/ *Roger Vinson*

                        ROGER VINSON
                        SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

_____

_____

                        Document No.